IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL POWELL, | Civil No. 3:17-cv-1387 |
| Petitioner | (Judge Mariani) |
| v. | |
| SCI-MAHANOY SUPERINTENDENT, et al., | |
| Respondents | |

## ORDER

**AND NOW**, this 30th day of July, 2018, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** Petitioner's motion (Doc. 11) to appoint counsel is **DENIED without prejudice**.

Robert D. Mariani
United States District Judge