IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL POWELL, | Civil No. 3:17-cv-1387 |
| Petitioner | (Judge Mariani) |
| v. | |
| SCI-MAHANOY SUPERINTENDENT, et al., | |
| Respondents | |

## ORDER

**AND NOW**, this 8th day of November, 2019, upon consideration of the petition for writ of habeas corpus, and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DISMISSED** without prejudice to petitioner seeking approval from the Court of Appeals pursuant to 28 U.S.C. § 2244(b)(3)(A) to file a second or successive habeas petition.

2. Petitioner's pending motion (Doc. 13) is **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** this case.

4. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253.

Robert D. Mariani
United States District Judge